■ In the Matter of ANNA E. GASSNER v. ROBERT E. HERMAN, as State Rent Administrator.— Motion to vacate order of this court denied. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. NOURIEL ARYEH.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ JOHN DI COSTANZO v. FERDINAND J. FIUMANO.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RALPH V. SICA.— Motion to dismiss appeal granted on the ground that the appeal was not timely taken. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ LUCILLE M. FERGUSON v. 444 WEST 55TH STREET CORP. et al.— Motion to dismiss appeal taken by defendant-respondent-appellant granted. Motion to dismiss appeal taken by defendant-appellant-respondent granted. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ (A) In the Matter of REGINA E. MARTUCCI v. BOARD OF TRUSTEES OF THE NEW YORK FIRE DEPARTMENT PENSION FUND. (B) In the Matter of WILLIAM SCHNEIDER v. STATMASTER CORPORATION. (C) ANTHONY ACOMPORA v. WILLIE MAYS et al.— [In each action] Motion to dismiss appeal denied, with $10 costs. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRED SCHMIDT.— Motion by defendant-appellant for a copy of trial minutes denied in all respects. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ CORBETTA CONSTRUCTION CO., INC., v. GEORGE F. DRISCOLL COMPANY.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 30, 1962, with notice of argument for September 11, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ In the Matter of FREDERICK A. COLLINS, JR., v. LUCIA B. COLLINS.— Motion to dismiss appeal granted, with $10 costs, unless the respondent-respondent-appellant procures the record on appeal and appellant's points to be served and filed on or before September 11, 1962, with notice of argument for the October 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ MORRIS GOLDING v. WARNER D. ORVIS.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 30, 1962, with notice of argument for September 11, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.